**IN RE: Alton D. BROWN, Petitioner**

**No. 16-2749**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R. App. P. February 13, 2017

(Opinion filed: March 16, 2017)

Alton D. Brown, Pro Se

Before: SMITH, Chief Judge, McKEE and FUENTES, Circuit Judges

OPINION *

PER CURIAM

Alton D. Brown filed a petition for writ of mandamus requesting that we direct the District Court to rule on a request for an opportunity to appeal the District Court's dismissal order in Brown v. Lancaster, M.D. Pa. Civ. No. 3:14-cv-01180. The District Court has since ruled on Brown's filing. In light of the District Court's action, the question Brown presented is no longer a live controversy, so we will dismiss his mandamus petition as moot. See, e.g., Lusardi v. Xerox Corp., 975 F.2d 964, 974 (3d Cir. 1992).

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not constitute binding precedent.